**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOANNA COMMANDAROS,<br>    Plaintiff<br><br>  v.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY,<br>    Defendant | )<br>)<br>)   Civil Action No. 2:21-cv-01283-NR<br>)<br>)   ELECTRONICALLY FILED<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

AND NOW comes the Plaintiff, Joanne Commandaros, by her attorney, Lawrence R. Chaban, Esquire, and pursuant to F.R.Civ.P. 41 voluntarily dismisses her civil action against the Defendant, Metropolitan Life Insurance Company, with prejudice, all matters having been settled and released.

Respectfully submitted,

/s/ Lawrence R. Chaban
**LAWRENCE R. CHABAN, ESQUIRE**
Attorney for Plaintiff
PA I.D. No. 32506
310 Grant Street
2727 Grant Bldg.
Pittsburgh, PA  15219
(412) 765-1888